**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ESTATE OF JAMES G. KLINGENSMITH, DECEASED | : No. 195 WAL 2021 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: JOSEPH G. KLINGENSMITH AND JOHN A. KLINGENSMITH | : from the Order of the Superior Court |
| | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 17th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.

 Justice Wecht did not participate in the consideration or decision of this matter.